**SAO**
GARG GOLDEN LAW FIRM
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
AMANDA J. BROOKHYSER, ESQ.
Nevada Bar No. 11526
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel:  (702) 850-0202
Fax:  (702) 850-0204
Email: agolden@garggolden.com
Email: abrookhyser@garggolden.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY DENNIS, an individual, | CASE NO.:   2:19-cv-00793 |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| SOC LLC, a Delaware limited liability company, and MISSION SUPPORT AND TEST SERVICES, LLC, | |
| Defendant. | |

COMES NOW, Plaintiff JEFFREY DENNIS, by and through his counsel of record GARG GOLDEN LAW FIRM, and Defendant SOC, LLC, by and though its counsel of record LITTLER MENDELSON, and stipulate and agree to dismiss Plaintiff's claims herein with prejudice, both

/ / /

/ / /

/ / /

/ / /

GARG GOLDEN
LAW FIRM
3145 St. Rose Parkway
Suite 230
Henderson, Nevada 89052
(702) 850-0202

1 of 2

parties to bear their own fees and costs.

| DATED this 24th day of June, 2020. | DATED this 24th day of June, 2020. |
|---|---|
| LITTLER MENDELSON, PC | GARG GOLDEN LAW FIRM |
| By: /s/ Diana Dickinson<br>DIANA DICKINSON, ESQ.<br>Nevada Bar No. 13477<br>3960 Howard Hughes Parkway<br>Las Vegas, Nevada 89169 | By /s/ Anthony B. Golden<br>ANTHONY B. GOLDEN, ESQ.<br>Nevada Bar No. 9563<br>3145 St. Rose Parkway, Suite 230<br>Henderson, Nevada 89052<br>Counsel for Plaintiff |

**IT IS SO ORDERED**

Dated June 26, 2020.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

GARG GOLDEN LAW FIRM

*Amanda J. Broookhyser, Esq.*
_____
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
AMANDA J. BROOKHYSER, ESQ.
Nevada Bar No. 11526
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Tel:  (702) 850-0202
Fax:  (702) 850-0204
Email: agolden@garggolden.com
Email: abrookhyser@garggolden.com
Counsel for Plaintiff